IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES DENNISON**                                                                                      **PLAINTIFF**

v.                              No. 3:23-cv-245-DPM

**B. J. COUNCE, Head Administrator,
GUNNUR WILSON, Assistant Administrator,
JEREMY REESE, Correctional Officer,
MICHAEL HOLT, Jailer, and
POINSETT COUNTY DETENTION CENTER**             **DEFENDANTS**

# ORDER

1. The Court withdraws the reference.

2. Dennison hasn't updated his address; and the time to do so has passed. *Doc.* 8. His amended complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2024