IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES DENNISON                                                          PLAINTIFF

v.                          No. 3:23-cv-245-DPM

B. J. COUNCE, Head Administrator,
GUNNUR WILSON, Assistant Administrator,
JEREMY REESE, Correctional Officer,
MICHAEL HOLT, Jailer, and
POINSETT COUNTY DETENTION CENTER              DEFENDANTS

JUDGMENT

Dennison's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 February 2024